UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TYRONE L. WILLIAMS,

    Petitioner,

vs.

THE STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:08-CV-00113-ECR-(RAM)

**ORDER**

The Court denied Petitioner's Application to Proceed in Forma Pauperis (#7) and told Petitioner to pay the filing fee. Order (#8). Petitioner has not paid the fee within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to pay the filing fee. The Clerk of the Court shall enter judgment accordingly.

DATED: October 7, 2008

_____
EDWARD C. REED
United States District Judge